IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA

              Plaintiff

    -vs-

LOUIS EPPINGER

             Defendant

: CASE NO. 1:12CR134-01
:
:
:
:
:
:
: <u>ORDER ACCEPTING PLEA</u>
: <u>AGREEMENT AND JUDGMENT AND</u>
: <u>NOTICE OF HEARING</u>
:

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing and plea agreement of Louis Eppinger which was referred to the Magistrate Judge with the consent of the parties.

    On 13 March 2012, the government filed a 33-count indictment against Louis Eppinger for conspiracy to possess with intent to distribute oxycodone in violation of 21 U.S.C. § 846, § 841(a)(1) and (b)(1)(C), using a telephone during the commission of a felony in violation of 21 U.S.C. § 843(b), health care fraud in violation of 18 U.S.C. § 1347, and aggravated identity theft in violation of 18 U.S.C. § 1028(a)(1) and § 2. On 20 March 2012, a hearing was held in which Louis Eppinger entered a plea of not guilty before Magistrate Judge Vecchiarelli. On 20 March 2013, Magistrate Judge Vecchiarelli received Louis Eppinger's plea of guilty and issued a Report and Recommendation

("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Louis Eppinger is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Louis Eppinger is adjudged guilty of Counts 1, 36, and 38 in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), 18 U.S.C. § 1347, § 1028(a)(1) and § 2.

Sentencing will be:

> **6 June 2013 at 9:30 a.m.**
>
> **Courtroom 16B**
> **16th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: April 24 2013

UNITED STATES DISTRICT JUDGE

2